UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                     Case No. 06-cr-66-PB

**Joseph Amegah**


                              **O R D E R**


    The defendant has moved to continue the June 6, 2006 trial in the above case, citing the need for additional time to complete discovery and prepare a defense.  The government does not object to a continuance of the trial date.

    Accordingly, to allow the parties time to complete discovery and properly prepare for trial, the court will continue the trial from June 6, 2006 to September 6, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The May 25, 2006 final pretrial conference is continued until August 28, 2006 at 4:15 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 26, 2006

cc: Sven Wiberg, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal