				UNITED STATES DISTRICT COURT
			  FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**				Case No. 06-cr-66-01-PB

**Joseph Amegah**


				**O R D E R**


    The defendant has moved to continue the December 5, 2006 trial in the above case.  The government has indicated it plans to supersede the indictment against Mr. Amegah and accordingly, defendant requests additional time to conduct discovery and prepare for trial on the new charges.  The government does not object to a continuance of the trial date.

    In order to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 5, 2006 to February 6, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 17, 2006 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

December  , 2006

cc:  Sven Wiberg, Esq.
     Alfred Rubega, AUSA
     United States Probation
     United States Marshal